1014

**Albert R. HOUSE, Appellant, v. Nathan MAYO, State Prison Custodian of Florida, Appellee.**

No. 11396.

Circuit Court of Appeals, Fifth Circuit.

Oct. 23, 1945.

**Writ of Certiorari Denied Jan. 14, 1946.**

See 66 S.Ct. 478.

See also 324 U.S. 42, 65 S.Ct. 517.

No appearance for appellant.

J. Tom Watson, Atty. Gen., of Florida, and Sumter Leitner, Asst. Atty. Gen., of Florida, for appellee.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The district judge, in an opinion 63 F. Supp. 169, carefully setting out the applicable principles of law and as carefully reviewing the facts, has found that the petitioner did not make out a case for release on habeas corpus from confinement in the state penitentiary. Upon a careful examination of the record, we are convinced that his findings are well supported and that the judgment should be affirmed.

Affirmed.

**ADVANCE PAINT COMPANY, a Corporation, Appellant, v. John H. KINNEY.**

No. 13096.

Circuit Court of Appeals, Eighth Circuit.

Nov. 21, 1945.

Groves & Watkins, of St. Joseph, Mo., and Cowgill & Popham and Sam Mandell, all of Kansas City, Mo., for appellant.

Roy K. Dietrich, of Kansas City, Mo., and Roscoe P. Conkling, of St. Joseph, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

**Royal B. ALLEN v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3257.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

No appearance for appellant.

Eugene W. Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Leave to appeal in forma pauperis granted, cause reversed and case remanded.

**BOARD OF COUNTY COMMISSIONERS FOR COUNTY OF SHAWNEE, STATE OF KANSAS, v. FOX–KANSAS THEATER COMPANY.**

No. 3253.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

Howard F. McCue and Lester M. Goodell, both of Topeka, Kan., for appellant.

Warrick, Koontz & Hazard, of Kansas City, Mo., and Louis R. Gates, of Kansas City, Kan., for appellee.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure diligently to prosecute.